**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Alan ROSE, Defendant—Appellant.**

**No. 04–30097.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Stephen Gunnels, Eugene, OR, for Plaintiff–Appellee.

Shaun S. McCrea, Esq., McCrea, P.C., Eugene, OR, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

### MEMORANDUM **

James Alan Rose appeals his 100–month sentence imposed upon his guilty plea to possession with intent to deliver marijuana (21 U.S.C. § 841(a)(1) and (b)(1)(D)); felon

---

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

in possession of firearms (18 U.S.C. § 922(g)); and money laundering (18 U.S.C. § 1956(a)(1)(B)(I)). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the